# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:14CR335 |
| vs. | ) | ORDER |
| MIGUEL ALBERTO MONZON, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time of discovery by the government (Filing No. 24). Counsel for the government represents that counsel for the defendant has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The government's motion to extend the discovery date (Filing No. 24) is granted.

2. The progression order (Filing No. 21) is amended to provide discovery shall be completed by **November 7, 2014.** The pretrial motion deadline is extended to **November 21, 2014.**

DATED this 30th day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge